**Dismissed and Memorandum Opinion filed October 16, 2012.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-11-00754-CV

---

**CRIMSON EXPLORATION, INC, SUCCESSOR IN INTEREST OF GULFWEST ENERGY, INC., Appellant**

**V.**

**SUMMIT INVESTMENT GROUP, INC., Appellee**

---

**On Appeal from the 281st District Court
Harris County, Texas
Trial Court Cause No. 2008-43391**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed July 11, 2011. The clerk's record was filed October 10, 2012. No reporter's record was taken. No brief was filed.

On August 28 2012, this court issued an order stating that unless appellant submitted a brief, together with a motion reasonably explaining why the brief was late, on or before September 27, 2012, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response.  Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Hedges and Justices Brown and Busby.